# EXHIBIT A



## Alicia Hauser, CPT (She/Her) · 3rd
Nutrition and Program Support Specialist at Medifast
Towson, Maryland, United States · Contact info
https://aliciahauser.com/

200 followers · 195 connections

+ Follow   Message   More

 Medifast, Inc
 Towson University

### Activity
200 followers

+ Follow

Alicia Hauser, CPT posted this · 1w

"I'm thrilled to announce that I'll be joining **Medifast, Inc** as a Nutrition and Program Support Specialist where I'll be providing individual nutritional, behavioral, exercise, program and/or product support to Coaches and Clients. I can't wait to be a part of a team that's helping transform liv  …show more

39                                                                              13 comments

Alicia Hauser, CPT posted this · 2mo

**in LEARNING**
Just finished the course "Mistakes to Avoid in Your Career"! #careermanagement

Show all activity →

### About
Exercise science senior seeking a full time job relating to nutrition, health coaching, and personal training! I think a "healthy lifestyle" is one that includes good sleep, moving your body, eating foods to nourish your body, and stress management!

### Experience

 **Nutrition and Program Support Specialist**
Medifast, Inc · Full-time
Jun 2022 - Present · 2 mos
Baltimore, MD

-Provide program and product guidance via one-on-one telephone consults, and e-mail responses taking into consideration individual client needs including age, weight, nutrient requirements, knowledge and abilities, medical, economic, and individual preferences.
-Provides individual nutritional, behavioral, exercise, program and/or product support to Coaches and Clients.
-Maintains a friendly, professional, and caring demeanor towards Coaches, Clients and co-workers in all forms of communications following guidelines and procedures.
-Assists and educates Coaches and Clients on OPTAVIA® programs, plans, Fuelings and meals, as well as other wellness topics such as weight loss, weight maintenance, and exercise and behavior modification.
-Working in conjunction with our Registered Dietitian Nutritionist, helps to ensure that nutritionally accurate, exercise appropriate, health-promoting information is provided to OPTAVIA® Coaches and Clients. Consults with the Registered Dietitian Nutritionist team as needed for best Coach and Client outcomes.
-Supports Clients from the company, particularly OPTAVIA®.
-Assists with on-going support of an employee centric corporate wellness program and healthy lifestyle promotions, as well as all other duties or projects as assigned.

**Website Creater**
Alicia Hauser · Self-employed
2018 - Present · 4 yrs 7 mos
Virtual

* Create personal branded Wordpress site.
* Design and maintain personal Word  …see more

 **Health Fitness Professional**
HealthFitness · Full-time
Mar 2022 - Jul 2022 · 5 mos

 **Intern**
Activate Body · Internship
Aug 2021 - May 2022 · 10 mos
Baltimore, Maryland, United States

Shadowed and learned how to teach small group training (up to 4 clients)
Shadowed and learned about nutrition coaching                        …see more

 **Towson University**
10 mos
Towson, Maryland, United States

• **Certified Personal Trainer**
   Part-time
   Aug 2021 - May 2022 · 10 mos

   Trained clients at Burdick, Towson University's gym
   Designed personalized programs for clients based o  …see more

• **Research Assistant**
   Aug 2021 - Apr 2022 · 9 mos

   Working with a professor doing research on cardiovascular disease

Show all 14 experiences →

### Education

 **Towson University**
Bachelor of Science - BS, Kinesiology and Exercise Science
Aug 2018 - May 2022

Deans List Fall 2018

 1

https://www.linkedin.com/in/allanjcannington/     July 25, 2022 at 9:33 AM PDT

**Linkedin** | Search | Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ | Post a job



### Allan J. Cannington (He/Him) · 3rd
Delivery Manager of Mobile Apps at Medifast, Inc, Certified Scrum Product Owner (CSPO)

Baltimore, Maryland, United States · Contact info

308 connections

**Medifast, Inc**
**Stevenson University** (formerly Villa Julie College)

[ Connect ]  [ Message ]  [ More ]

---

## About

I'm privileged to be part of digital innovation at Medifast/OPTAVIA, working now as an IT Project Manager for OPTAVIA's Client-focused mobile apps.

A little background…I started my career at Medifast as a communications specialist, where I played an integral role in creating and enhancing many communications programs and processes, including the company's first e-News website, weekly email updates, and SMS campaigns. I then turned my communications skills to training as I developed the Company's first Field training department before creating and leading a Tier 2 technical support team to effectively triage defects coming in to OPTAVIA's Coach and Client support channels. With intimate knowledge of systems through defect management, I took on additional product ownership roles, working with Medifast's IT teams to craft and prioritize user stories for maintenance and innovation. I'm now a part of Medifast's dynamic IT team as a delivery manager, focusing on mobile applications.

I look forward to continuing to support OPTAVIA's Coaches and Clients in our shared mission of lifelong transformation, one Healthy Habit at a time!

## Activity
308 followers

**Allan J. hasn't posted lately**
Allan J.'s recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Medifast, Inc**
13 yrs 7 mos

- **Project Manager - Client-Focused Mobile Apps**
  Full-time
  May 2020 - Present · 2 yrs 3 mos
  Baltimore, Maryland, United States

- **Field Technology Manager**
  Feb 2014 - May 2020 · 6 yrs 4 mos
  Owings Mills, MD

  - Managing a Tier 2 technical support team, tracking, addressing or escalating incoming defects for resolution.

  - Functioning in various product ownership roles for several key systems, including eCommerce, commission engine, and a suite of Coach back office tools. Participating in Scrum ceremonies, prioritizing backlogs, reviewing and confirming user stories for accuracy and relevance.

  - Executing and often creating User Acceptance Testing (UAT) plans for official Business sign off on Sprint work. Coordinating relevant cross-functional resources to execute UAT as needed.

  - User Administration for several key systems.

- **Field Technology Supervisor**
  Jan 2009 - May 2020 · 11 yrs 5 mos
  Owings Mills, MD

  - Coordinating a technology help desk to effectively and efficiently handle incoming technology inquiries from a field of over 11,000 of Medifast's independent direct-selling distributors

  - Developing and executing internal training to ensure adequate competencies amongst team members

  - Overseeing and executing new and enhanced training programs using a variety of mediums, including Webinars, Video Tutorials, print and Web materials

  - Assisting with focus groups to better craft training and technology services based on the needs of our primary audience

  - Hiring and developing a diverse team of specialists to continue enhancing Medifast's technology support and offerings

  - Facilitating and supporting internal and external user-acceptance testing of new and enhanced Web services in preparation of launch

 **Medifast, Inc./ Take Shape For Life**
2 yrs 8 mos

- **Technology Trainer**
  Oct 2009 - Aug 2010 · 11 mos

  - Developed and executed effective training programs for internal and external Web systems, including two e-commerce platforms, a proprietary business management software, personalized print tools porta ...see more

- **Communications Specialist**
  Jan 2008 - Oct 2009 · 1 yr 10 mos

  - Facilitated the building and management of the company's first and only e-News website
  ...see more

- **Promotions Specialist (Co-Opp)**
  Stevenson University (formerly Villa Julie College)
  Sep 2007 - May 2008 · 9 mos

  - Prepared print and Web promotional and informational materials for upcoming events held by the campus Wellness Center

---

### Promoted

 **Attorney Needed ASAP**
Crucial need for a local attorney in your area. View new cases now!

 **Pay No Application Fee!**
125+ Degree & Certificate Programs. Learn Online. No app fee thru 8/31.

 **Custom-Made Packaging!**
Unique style, color, size or print requirements? Let's talk. 800-945-3800

### People also viewed

 **Andrew Bankole** · 3rd
Portfolio Delivery Manager at Medifast, Inc
[ Message ]

 **Pamela Dodge, MBA, CSPO, CSM** · 3rd
Delivery Manager/Scrum Master at Medifast, Inc. Baltimore, MD
[ Message ]

 **Sarah Graves Smith** · 3rd
Business Operations, NAWCAD AIRWorks
[ Message ]

 **Kristin Smith** · 3rd
Recognition & Incentives Specialist
[ Connect ]

**Carol Brown** · 3rd
IT Professional
[ Connect ]

Show more ⌄

### People you may know

 **Erica Gonzales**
Brock & Gonzales, LLP
[ Connect ]

 **Geoffrey Kehlmann**
Associate Clinical Professor of Law at LMU Loyola Law School, Los Angeles
[ Connect ]

 **Patrick Lloyd**
Associate Attorney at Fragomen
[ Connect ]

 **Sara Montazeri**
J.D. Candidate 2023, Western State College of Law
[ Connect ]

 **Michelle Meek**
Labor and Employment Attorney at Buchalter
[ Connect ]

Show more ⌄

---

Jonas, learn what hiring managers look for in answers to top interview questions

 Describe your most challenging project.

 Describe your leadership style.

 What is your greatest strength?

See all questions

### Promoted

 **Mass Texting for Business**
Send mass text messages to staff and customers at scale with TextMagic™.

**Ready to join a board?**
Companies are looking for experts just like you.

**Get the 30-day free trial**
You've got nothing to lose and everything to gain for your business.

2





# Christa Sutton (She/Her) · 3rd
Licensure Analyst Associate
Baltimore, Maryland, United States · Contact info
56 connections

**Maryland Department of Health**
**Lincoln University**

[Message] [More]

## About
I am a strong support professional with a Bachelor of Science (B.S) focused on Mass Communication/Media Studies from Lincoln University. Self-motivated individual with over 15 years of expertise in customer service, administration, and design planning. Celebrated results-driven team player with exceptional multitasking and problem-solving skills while applying proficiency of varied office tools/software, advanced knowledge of business management pr    ...see more

## Activity
56 followers
Christa hasn't posted lately
Christa's recent posts and comments will be displayed here.

Show all activity →

## Experience

**MBP Licensure Analyst Associate**
Maryland Department of Health · Full-time
Jun 2021 - Present · 1 yr 2 mos
Baltimore, Maryland, United States

**Coach Experience Specialist**
Medifast, Inc · Full-time
Jul 2019 - Jun 2021 · 2 yrs
Baltimore, Maryland Area

Support OPTAVIA coaches by providing program and product information, resolve/escalate issues and provide educational and informational data to drive new and continued business. Develop and maintain relationships with coaches and clients resulting in advanced customer experience, new and repeat business, and consistent client and coach growth.

Use Microsoft Excel to compile volume reporting and advise coaches of monthly volumes, commissions, compensations, and bonus payments.

Assist the coaches in understanding their rank, bonuses, and qualifications for incentive trips and conferences. Advise coaches of possible rank, and bonus payments based on their projected performance for the month and submit cases to rectify missing commissions, bonuses, or incentive qualifications.
Work with various departments to resolve escalated issues, update coaches/clients of next steps, processes and gather additional information as needed.

Use knowledge of internal systems to educate coaches, making their experience more cohesive and impactful.

Work with coaches and clients to ease issues with use, troubleshoot technical issues, and provide step by step instruction for new processes, website updates and new promotions.

**Managed Care Specialist**
Essilor · Full-time
Nov 2018 - Aug 2019 · 10 mos
Baltimore, Maryland Area

**Spectera Vision Laboratory was acquired by Essilor Labs of America in November 2018.**    ...see more

**Service and Operations Rep III**
UnitedHealth Group · Full-time
Jun 2013 - Oct 2018 · 5 yrs 5 mos
Baltimore, Maryland Area

Manage inbound and outbound correspondence in high-volume contact center; averaging 1000+ communications daily.    ...see more

**Customer Service Merchandiser**
hhgregg · Full-time
Apr 2010 - Jun 2013 · 3 yrs 3 mos

Serve as initial liaison between customers, sales specialists, managers, and vendors.    ...see more

Show all 7 experiences →

## Education

**Lincoln University**
Bachelor of Science (B.S.), Mass Communication/Media Studies
2004 - 2009

**Western High School**
High School Diploma, College/University Preparatory and Advanced High School/Secondary Diploma Program
2000 - 2004

## Skills

**Customer Service**
1 endorsement

**Administration**

**Communication**

---

**Ad** ···
Post a job for free with LinkedIn Jobs.
Jonas, find the people you want to interview
[Post a free job]

### People also viewed
- **Tina Walls** · 3rd — Recruiter at Western Governors University [Connect]
- **Russell R. Phillips Jr.** · 3rd — Project Manager / Quality Engineer & Adjunct Professor [Message]
- **Emily Hewlings** · 3rd — Upper School Senior Program Support Associate and Associate Registrar at Rola... [Message]
- **Denaye Clary** · 3rd+ — Sales Associate at Macy's [Connect]
- **Aiara Manning** · 3rd — Youth Designyer at Wide Angle Youth Media [Connect]

Show more ⌄

### People you may know
- **Erica Gonzales** — Brock & Gonzales, LLP [Connect]
- **Geoffrey Kehlmann** — Associate Clinical Professor of Law at LMU Loyola Law School, Los Angeles [Connect]
- **Patrick Lloyd** — Associate Attorney at Fragomen [Connect]
- **Sara Montazeri** — J.D. Candidate 2023, Western State College of Law [Connect]
- **Michelle Meek** — Labor and Employment Attorney at Buchalter [Connect]

Show more ⌄

**LEARNING**
Add new skills with these courses
- Agile Foundations
- Strategic Thinking
- Excel Essential Training (Office 365/Microsoft 365)

See my recommendations

**Promoted** ···
**Custom-Made Packaging!** — Unique style, color, size or print requirements? Let's talk. 800-945-3800 — Learn more
**Send Texts from your PC** — Business text-messaging service for notifications, alerts & SMS campaigns. — Learn more

4

https://www.linkedin.com/in/christophercox19/   July 25, 2022 at 9:36 AM PDT



# Christopher Cox · 3rd

Digital Marketing, Social Media, User Experience & eComm Executive; Brand Builder; Hershey, Grey Worldwide & UPenn Alum

Hershey, Pennsylvania, United States · Contact info

500+ connections

**Medifast, Inc**

**University of Pennsylvania**

[Message] [More]

## About

Senior Digital Marketing, Social Media, Multi-Channel Marketing & Media executive that knows how to build brands and drive sales growth. Category expertise in CPG, Hard Goods, Travel/Tourism, Pharma, Healthcare and B2B.

8+ years client-side at The Hershey Company, leading Digital Marketing, Social Media, Agile Content Creati...  …see more

## Activity

1,427 followers

**Christopher Cox** commented on a post · 1w
Congratulations Amanda! Very exciting news and very happy for you. Great company and you'll like Hunt Valley.

 181                                                                     31 comments · 1 share

**Christopher Cox** commented on a post · 2mo
Was proud to be back for Alumni Weekend. As usual, the University did a fantastic job with all the events. Congratulations to the Class of 2022!

 1,586                                                              33 comments · 111 shares

**Show all activity →**

## Experience

**Head Of Digital Marketing**
Medifast, Inc · Full-time
Sep 2020 - Present · 1 yr 11 mos
Baltimore, Maryland, United States

Head of Global Digital Marketing practice at Medifast Inc., parent company of the OPTAVIA Health & Wellness system. Responsible for developing Strategic Roadmap for the brand and community of 60,000+ independent Health Coaches and Clients, as well as leadership of day-to-day Digital Marketing and Social Media tactical executions that support the Coach-Driven business model. Core areas of responsibility include:

* Social Media Strategy & Execution -- leverage leading social platforms to drive business objectives, maximize reach and engagement with OPTAVIA public-facing content, drive loyalty and advocacy and earned media. Manage both external agency and in-house content creation resources and use leading social analytics tools and practices to measure KPIs and generate key insights

* Social Listening Services -- leverage industry-leading platform Sprinklr to perform evergreen and program-specific social listening services in order to gauge performance from both a quantitative and qualitative standpoint, as well as create a suite of automated dashboards to share with colleagues across multiple disciplines in the organization.

Paid Digital Media -- provide paid digital media guiding principles and strategy to support the Coach-driven model and protect the brand's equity and performance in SEM. Utilize efforts across Paid Search, Paid Social and piloted at-scale, multi-channel Paid Digital Media-driven Acquisition efforts as well to gain learnings on effectiveness and efficiency.

Content Strategy & Creation -- parter with Enterprise Marketing, Brand/Product Teams, Corporate Communications, Financial Comms, Coach & Client Experience, Digital Products and other key colleagues to develop an integrated content strategy that clearly and consistently showcases the core equities and strategic pillars of the OPTAVIA system. Partner with creative agencies, in-house creative team, and photographers/videographers to develop relevant and meaningful content across channels.

**Digital Marketing, Social Media & Content Crea Consultant | Advisor | Expert Speaker**
Cox Digital Consulting LLC
Apr 2018 - Present · 4 yrs 4 mos
Hershey, PA

* Founder of Digital Marketing Consulting and Advisory company focused on Digital and traditional Marketing Strategy, Media Strategy, Social Media Strategy and tactical execution, Content Marketi...  …see more

**The Hershey Company**
8 yrs 7 mos
Hershey, PA

- **Social Media Optimization Team Lead -- U.S. Brands**
  Mar 2017 - Apr 2018 · 1 yr 2 mos

  • Lead the holistic management of all paid, owned and earned Social Media efforts for 13 U.S. brands including Hershey's Chocolate Franchise, Kisses, KitKat, Icebreakers, Jolly Rancher, Twizzlers and m...  …see more

- **Head of Digital Experience & Marketing Technology**
  Jan 2015 - Mar 2017 · 2 yrs 3 mos

  • Led joint taskforce with Hershey IS team to develop company's first Marketing Technology Framework and Roadmap to identify MarTech platforms, tools & partners needed to achieve company's growth go...  …see more

- **Senior Manager, Global Digital Marketing**
  Jan 2012 - Dec 2014 · 3 yrs

  • Scaled digital video model to entire portfolio of advertised US brands that included video ad networks, endemic sites and first foray into programmatic planning and buying    …see more

**Show all 4 experiences →**

**SVP, Director of Client Services**
Grey Group
Dec 2005 - Oct 2009 · 3 yrs 11 mos
Greater New York City Area

Leader of Consumer Products, Pharma & Financial Services account teams at Philadelphia office of digital marketing division of Grey Global Group, a WPP Company. Served as digital strategy lead as well a...  …see more

---

**Ad** · · ·

Post a job for free with LinkedIn Jobs.



**Jonas, find the people you want to interview**

[Post a free job]

### People also viewed


**Anthony Tyree** · 3rd
Chief Operating Officer at Medifast, Inc
[Message]


**Rachel Kurpiel Stuckey** · 3rd
Content and Digital Management Professional
[Connect]

**Jerry Moyer** · 3rd

Marketing and Operations Executive | Talent Development & Culture Leader |…
[Message]


**Modesty Obourn Guarente** · 3rd
Experienced Marketing Manager
[Message]

**Joe DeZarn** · 3rd
Principal at DeZarn Marketing
[Connect]

**Show more ▾**

### People you may know


**Erica Gonzales**
Brock & Gonzales, LLP
[Connect]


**Geoffrey Kehlmann**
Associate Clinical Professor of Law at LMU Loyola Law School, Los Angeles
[Connect]


**Patrick Lloyd**
Associate Attorney at Fragomen
[Connect]


**Sara Montazeri**
J.D. Candidate 2023, Western State College of Law
[Connect]

**Michelle Meek**
Labor and Employment Attorney at Buchalter
[Connect]

**Show more ▾**

### LEARNING
Add new skills with these courses


Excel: Conditional Formatting for Beginners


SQL Essential Training


Project Management Simplified

**See my recommendations**


Promoted · · ·


**Join An Advisory Board**
Companies are looking for executives just like you.  ›


**Join A CEO Advisory Board**
Are you a CEO? Gain real feedback from executives just like you.


**Get the 30-day free trial**
You've got nothing to lose and everything to gain for your business.  ›

5



## Courtney Mattson · 2nd
Associate General Counsel at Medifast, Inc is
Baltimore, Maryland, United States · Contact info
446 connections

Medifast, Inc
University of Baltimore School of Law

2 mutual connections: Heidi Saas and Karenny Montan, Esq.

[ Connect ] [ Message ] [ More ]

### About
Experienced Corporate Lawyer with a demonstrated history of working in the health and wellness industry. Strong legal professional with a Doctor of Law (J.D.) focused in Law from University of Baltimore School of Law.

### Activity
447 followers

Courtney hasn't posted lately
Courtney's recent posts and comments will be displayed here.

Show all activity →

### Experience

**Medifast, Inc**
4 yrs 8 mos

- **Associate General Counsel**
  Dec 2021 - Present · 8 mos
  Baltimore, Maryland, United States

- **Senior Corporate Counsel**
  Dec 2017 - Present · 4 yrs 8 mos
  Baltimore, Maryland Area

**Medifast, Inc.**
6 yrs 9 mos

- **Senior Corporate Counsel**
  Dec 2017 - Present · 4 yrs 8 mos
  Baltimore, Maryland Area

- **Corporate Counsel**
  Nov 2015 - Dec 2017 · 2 yrs 2 mos

  In-house counsel for a publicly traded national manufacturer and distributor of weight-loss products and nutritional supplements.

  Primary responsibilities include handling legal and compliance related issues with respect to our direct selling lifestyle brand, OPTAVIA, both at the federal and state level. Handle reviewing company advertising and communications, drafting terms and conditions, intellectual property and trademark protection/licensing, managing consumer complaints and domestic and international regulatory compliance.

  Oversee and manage compliance department with primary responsibility for monitoring the company's field of independent contractors. Protects company's intellectual property by monitoring unacceptable use, drafting cease and desist letters and monitoring responses. Regulatory concentration includes FTC and FDA. Areas of practice includes corporate compliance, complex commercial transactions, contracts, technology, and intellectual property.

  Report directly to General Counsel and work closely with C-level executives to provide sound legal and business advice and serve as legal adviser for major business transactions. Provide business and legal advice to all departments, including sales, marketing, finance, operations, compliance and IT.

  Manage legal resource allocation and simplify complex legal issues to work effectively with internal business teams.

**Claim Counsel**
Travelers
Nov 2010 - Nov 2015 · 5 yrs 1 mo
Hunt Valley, MD

In-house counsel responsible for handling complex, multi-million dollar claims against various construction and commercial surety bonds, from inception to conclusion. ...see more

**Litigation Associate**
Niles, Barton & Wilmer, LLP
Feb 2007 - Nov 2010 · 3 yrs 10 mos
baltimore, maryland area

Served as litigation counsel in a variety of civil matters, including commercial contract disputes, construction defect litigation, insurance defense, insurance coverage cases and declaratory judgment actions. R ...see more

**Law Clerk**
Foran & Foran, P.A.
May 2006 - Feb 2007 · 10 mos
Greenbelt, MD

Performed research and drafted Motions for Summary Judgment and Oppositions thereto, Motions in Limine, and other pleadings in personal injury and workers' compensation cases.

### Education

**University of Baltimore School of Law**
Doctor of Law (J.D.), Law
2004 - 2007

**West Virginia University**
Bachelor of Arts (B.A.), Political Science and Government
2000 - 2004

6

https://www.linkedin.com/in/ewalker123/   July 25, 2022 at 9:36 AM PDT



### elaine walker · 3rd
Account Receivable Specialist at Medifast, Inc
Baltimore City County, Maryland, United States · Contact info
56 connections

**Medifast, Inc**
**Sojourner-Douglass College**

[Message] [More]

---

**Activity**
57 followers
elaine hasn't posted lately
elaine's recent posts and comments will be displayed here.

Show all activity →

---

**Experience**

**Medifast, Inc**
3 yrs 1 mo

- **Account Receivable Specialist**
  Full-time
  Jul 2020 - Present · 2 yrs 1 mo
  United States

- **Customer Service Representative**
  Jul 2019 - Present · 3 yrs 1 mo
  Baltimore, Maryland Area Harbor East

  • Initiate returns and expedited refunds for backlogged refund requests
  • Email prepaid labels requests for returned orders to clients and coaches
  • Process current and future cancellations orders and membership requests from Optavia and Medifast clients
  • Convert emails from clients and coaches into cases to be worked in Salesforce
  • Assist shipping support team with high volume UPS and USPS interceptions requests such as return to sender and address changes
  • Follow-up with routed order tracking verifications

**Data Analyst**
Kforce@Medifast
Jun 2019 - Present · 3 yrs 2 mos
Baltimore, Maryland Area

Update vendors banking account information
Approve clients and coaches Optavia/ Medifast orders  ...see more

**Provider Data Analyst**
Cigna Health Spring
Jun 2018 - Present · 4 yrs 2 mos
Baltimore, Maryland Area

**Sr. Customer Service Advisor**
CareFirst BlueCross BlueShield
Jan 2015 - Present · 7 yrs 7 mos
owings mills

quote members benefits
taking payments in CD hub   ...see more

**administrative assistant**
Johns Hopkins Hospital

Show all 7 experiences →

---

**Education**

**Sojourner-Douglass College**
bachelor's degree, health care administration
2004 - 2011

---

**Skills**

**Data Entry**
Endorsed by 2 colleagues at Johns Hopkins Hospital
2 endorsements

**Medical Terminology**
1 endorsement

**PowerPoint**
Sterling Johnson has given an endorsement for this skill
1 endorsement

Show all 22 skills →

---

**Interests**

Influencers | Companies | Groups

**Martha Stewart** · 3rd
Founder of Martha Stewart Living Omnimedia
345,139 followers

**David L. Katz, MD, MPH** · 2nd
CEO, DietID; President, True Health Initiative. Founding Director, Yale-Griffin PRC (1998-2019). Health Journalist. COVID Curmudgeon
899,030 followers

---

### Sidebar

**Ad** — Post a job for free with LinkedIn Jobs.
Jonas, find the people you want to interview
[Post a free job]

**People also viewed**

- **Deanna Drummond (CAM)** · 3rd — The Best Is Yet To Come [Message]
- **Kendra Shuler** · 3rd — Kaiser Permanente Sterile Processing Tech [Message]
- **Latoya Branch** · 3rd — Accounts Payable Specialist at Medifast Weight Control Centers [Connect]
- **Deanna Drummond** · 3rd+ — -- [Connect]
- **Princeton Lomax** · 3rd — Father, Master Electrician [Message]

Show more ⌄

**People you may know**

- **Erica Gonzales** — Brock & Gonzales, LLP [Connect]
- **Geoffrey Kehlmann** — Associate Clinical Professor of Law at LMU Loyola Law School, Los Angeles [Connect]
- **Patrick Lloyd** — Associate Attorney at Fragomen [Connect]
- **Sara Montazeri** — J.D. Candidate 2023, Western State College of Law [Connect]
- **Michelle Meek** — Labor and Employment Attorney at Buchalter [Connect]

Show more ⌄

**LEARNING**
Add new skills with these courses
- Excel Essential Training (Office 365/Microsoft 365)
- Excel: Macros in Depth (365/2019)
- SQL Essential Training

See my recommendations

**Promoted**
- Join An Advisory Board — Companies are looking for experts just like you.
- UMGC — $0 Application fee! No App Fee Thru 8/31. 125+ Programs, 100% Online & Lifetime Career Services

7

https://www.linkedin.com/in/guysheetz/     July 25, 2022 at 9:37 AM PDT

in | Search | Home | My Network | Jobs | Messaging | Notifications | Me | Work | Post a job



**Guy Sheetz** · 3rd
Supply Chain and Strategic Business Executive
West Palm Beach, Florida, United States · Contact info
500+ connections

 Loyola University Maryland Sellinger School of Business and Management

[Message] [More]

### About
My name is Guy Sheetz and I take the guesswork out of operational excellence.

For over 15 years, I have helped small and large, public and private companies excel operationally. I am experienced in leading full-service support organizations from ideation to delivering the final product and/or service to the …see more

### Activity
1,467 followers

Guy hasn't posted lately
Guy's recent posts and comments will be displayed here.

Show all activity →

### Experience

 **Medifast, Inc**
5 yrs 8 mos
Owings Mills, MD

**Executive Vice President, Supply Chain**
Dec 2011 – Apr 2017 · 5 yrs 5 mos

Medifast is a health and wellness company that manufactures, distributes and sells weight loss and weight management products. Headquartered in Baltimore, Maryland, revenue is generated through 4 unique sales platforms; Optavia, a direct sales division, Medifast direct, Medifast Weight Control Centers owned by franchisees and through doctors who purchase products at a wholesale price and re-sell to their patients.

I led Medifast's Supply Chain and Operations to become a world class manufacturer and distributor by focusing on innovation and strategic initiatives to increase margins, enhance productivity and create cost savings opportunities despite reductions in revenues.

Specifically, I oversaw the strategic initiatives in our supply chain which supported the 4 business channels and the re-branding of our largest revenue source. Take Shape for Life now Optavia.
I led a team of over 250 dynamic employees supporting the mission and vision of the organization from ideation to commercialization; innovating new products to planning and procurement to manufacturing and delivery to the end consumer.

I created and led our Lean Six Sigma program designed to create operational excellence in our supply chain and help create productivity and cost savings products while managing an $80m budget.

**Chief of Staff**
Sep 2011 – Dec 2011 · 4 mos

I was responsible for managing the communication between the Board of Directors and the internal management team. In this role, I led the collaboration of activities and strategic initiatives between the Board and the C-suite including the Executive Chairman of the Board.

Additionally, I stepped into senior management roles during vacancies inside the organization to streamline and fulfill strategic initiatives that were in process.

 **Hanley Wood**
6 yrs 7 mos
Washington D.C. Metro Area

**Regional Manager, Mid-Atlantic**
Feb 2006 – Sep 2011 · 5 yrs 8 mos

Hanley Wood Market Intelligence, now Metrostudy, is a subsidiary of Hanley Wood, LLC, which uses analytics and big data to power decisions made in the construction industry. Using data collected by resear …see more

**Research Associate**
Mar 2005 – Feb 2006 · 1 yr

I maintained relationships with the top 50 builders in the Washington Metro area to provide the most accurate and up-to-date data on the new home housing industry. …see more

 **Wells Fargo Home Mortgage**
4 yrs 2 mos

**Home Mortgage Consultant**
Mar 2004 – Feb 2005 · 1 yr
White Marsh, MD

I developed customized lending programs and solutions for customers with less than perfect credit while maintaining a high level of trust with the customers. My ability to think outside the box allowed cu …see more

**Branch Manager**
Jun 2002 – Mar 2004 · 1 yr 10 mos
Frederick, Maryland

I developed the branch staff by working closely with each employee to understand their career interests and providing timely, constructive feedback as needed. I coached them through KPI's and our branch g …see more

**Branch Associate**
Jan 2001 – Jun 2002 · 1 yr 6 mos
Hagerstown, Maryland

I helped manage the day to day operations of the branch by providing superior customer service helping customers who either called or visited the office. …see more

### Education

---

**Promoted**

 **Dispute Invalid Calls** — Do you use Google Local Services Ads? Our dispute service can save you big.

**UMGC $0 Application fee!** — No App Fee Thru 8/31. 125+ Programs, 100% Online & Lifetime Career Services

**Hire one expert or a team** — Build the team you need in less than 48 hours with Toptal.

**People also viewed**

- **Doug L.** · 3rd — Business Operations Telos Secure Messaging [Message]
- **Kerry Silvia** · 3rd — Pediatric Neuropsychologist at Village Child Assessment, LLC [Connect]
- **Mark Londer** · 3rd — Account Executive & RESS at Petro - Star Gas [Message]
- **Felix Bighem** · 3rd — Brand Manager at Sterling Motor Cars [Message]
- **Greg Brock** · 3rd — Broker/Owner at Atlas Premier Realty [Message]

Show more ˅

**People you may know**

- **Erica Gonzales** — Brock & Gonzales, LLP [Connect]
- **Geoffrey Kehlmann** — Associate Clinical Professor of Law at LMU Loyola Law School, Los Angeles [Connect]
- **Patrick Lloyd** — Associate Attorney at Fragomen [Connect]
- **Sara Montazeri** — J.D. Candidate 2023, Western State College of Law [Connect]
- **Michelle Meek** — Labor and Employment Attorney at Buchalter [Connect]

Show more ˅

Jonas, learn what hiring managers look for in answers to top interview questions

 Where do you see yourself in 5 years?

Tell me about a time you were successful on a team.

Can you explain your employment gap?

See all questions

**Promoted**

- **Ready to join a board?** Companies are looking for experts just like you.
- **Hire Full Stack Developer** — @$2960/mo. 4 to 6+ Yrs of Exp. Developers. Hire in 48 hrs. Schedule a Call.
- **Surety Bonds Online** — Obtain Court & Fiduciary Bonds, Online, Anytime. Sign Up is Free.

https://www.linkedin.com/in/jeffreypowers/
July 25, 2022 at 9:28 AM PDT



## Jeffrey Powers · 3rd
Group Product Manager
Medifast, Inc
Salt Lake City Metropolitan Area · Contact info
485 connections

[Message]  [More]

### About
Digital product leader with over ten years of experience in product management and software engineering in both domestic and global markets. Use my blended experience with product management, technical and enterprise systems to manage relationships in cross-functional teams to building customer centric products. Experience working with remote and co-located team members.

### Activity
594 followers

Jeffrey Powers commented on a post • 1mo
Welcome Naga Sivaram Tadepalli and happy to have you on the team!

117    38 comments

Jeffrey Powers reshared a post • 1mo
Join our team and help shape the future of our Clients' success using the OPTAVIA App.
…show more

**Web Link**
recruiting.ultipro.com
2

Show all activity →

### Experience

**Medifast, Inc**
8 yrs 2 mos

- **Group Product Manager**
  Mar 2019 – Present · 3 yrs 5 mos
  Baltimore, Maryland

  • Direct oversight of digital client portfolio and strategy including storefront, on-boarding and ordering, autoship program, api services and client mobile app(s) for global markets.
  • Led 6 cross-functional and customer-centric teams to improve experience and adoption on digital products driven by customer research and insights.
  • Successfully instituted product "squads" (teams) and started Dual Track Agile to focus on iterative product improvements to deliver on our portfolio outcomes and OKRs.
  • Launch of OPTAVIA App to Clients and Coaches in 2021.

- **Senior Product Manager**
  Full-time
  Aug 2018 – Mar 2019 · 8 mos

  • Responsible for initial discovery phases for new mobile strategy (Client and Coach apps).
  • Led customer-centric teams focused on commerce and Coach backoffice sites.
  • Worked with cross-functional teams (Tech, Supply Chain, Finance) on discovery and solutions to support market launches in Hong Kong and Singapore in 2019.

- **Senior Manager, Software Engineering**
  Apr 2016 – Aug 2018 · 2 yrs 5 mos
  Baltimore, Maryland

  • Led software engineering for 6+ applications and 10+ engineers (front-end, back-end and services) including off-shore resources to support team.

Show all 4 experiences →

**Adjunct Faculty**
Carroll Community College
Feb 2016 – Dec 2017 · 1 yr 11 mos
Westminster, Maryland

• Created syllabus and course descriptions for Introduction and Advanced Web development courses at Carroll Community College
…see more

**Creative Services Manager**
Echo Communicate, Inc. · Full-time
Jan 2013 – Jun 2014 · 1 yr 6 mos
Baltimore

**Web & Digital Development Manager**
St. John Properties, Inc. · Full-time
Apr 2008 – Dec 2012 · 4 yrs 9 mos
Baltimore, MD

### Education

**University of Maryland Baltimore County**
BA: Graphic Design, Visual Art/Communication
2000 – 2004

### Volunteering

**Digital Consultant**
SARC, Inc.
Aug 2013 – Present · 9 yrs
Arts and Culture

---

**Ad** ···
The ABA is the largest voluntary legal association in the world.
Never miss a CLE deadline with ABA Membership.
[Join the ABA Today]

### People also viewed

**Cambria Blume** · 3rd
Director of Digital Product Analytics at Medifast, Inc
[Message]

**Nandhu Ravipati** · 3rd
React Engineer
[Message]

**Patricia King** · 3rd
Director, Planning and Inventory at Medifast, Inc
[Message]

**Amberle Dunnigan** · 3rd
Executive Assistant at Medifast, Inc
[Message]

**John Kelly** · 3rd
Vice President, Planning & Strategic Program Management at Medifast, Inc
[Message]

Show more ⌄

### People you may know

**Erica Gonzales**
Brock & Gonzales, LLP
[Connect]

**Geoffrey Kehlmann**
Associate Clinical Professor of Law at LMU Loyola Law School, Los Angeles
[Connect]

**Patrick Lloyd**
Associate Attorney at Fragomen
[Connect]

**Sara Montazeri**
J.D. Candidate 2023, Western State College of Law
[Connect]

**Michelle Meek**
Labor and Employment Attorney at Buchalter
[Connect]

Show more ⌄

**LEARNING**
Add new skills with these courses

Strategic Thinking
Agile Foundations
Animating in Photoshop

See my recommendations

**Promoted** ···

Attorney Needed ASAP
Crucial need for a local attorney in your area. View new cases now!

Custom-Made Packaging!
Unique style, color, size or print requirements? Let's talk. 800-945-3800

Ready to join a board?
Companies are looking for experts just like you.

9

Case 3:22-cv-00434-DMS-MSB    Document 44-1    Filed 02/27/23    PageID.483    Page 11 of 18

https://www.linkedin.com/in/karina-polar-51975014/    July 25, 2022 at 9:35 AM PDT



# Karina Polar · 3rd
R&D Project Manager at Ingredion Inc
Baltimore City County, Maryland, United States · Contact info

Ingredion Incorporated
The Ohio State University

500+ connections

**Message**  More

## About
Senior Food Scientist with extensive expertise in New Product Development and Commercialization, Project Management, Consumer Sensory Evaluation, Nutrition, and Rheology. Over a decade of R&D experience working in the CPG and E-commerce food and wellness industry. Strong Technical Research background with a Master's degree focused in Food Science & Nutrition from The Ohio State University. Fluent in Spanish.

## Activity
702 followers

Karina Polar commented on a post · 3w
Congratulations Erica!
22                                                    10 comments

Karina Polar reshared a post · 2mo
#empoderandomujeres !
13

Show all activity →

## Experience

**R&D Project Manager**
Ingredion Incorporated
Apr 2022 - Present · 4 mos

**Medifast, Inc**
7 yrs 1 mo

- **Assistant Research & Development Fellow**
  Oct 2019 - Mar 2022 · 2 yrs 6 mos
  • Lead of complex projects from concept to completion, and managing cross functional collaboration.
  • Perform rapid and long term prototyping development, and technical problem solving leveraging internal and external technical resources and technologies.

- **Senior Food Scientist**
  Mar 2015 - Oct 2019 · 4 yrs 8 mos
  Owings Mills, MD

  Lead the development and implementation of new product platforms to best fit the Medifast and OPTAVIA healthy living and weight loss programs.

  Actively involved in executing competitive analysis and market research in collaboration with Marketing and Strategic development partners to develop growth opportunity maps.

  Lead the research and technical assessment of ingredient, cost management initiatives, and process improvements.

**Food Scientist**
General Mills
Feb 2008 - Dec 2014 · 6 yrs 11 mos
Golden Valley, MN

Lead the technical execution of new product development from concept to completion. Product development expertise includes: processed breakfast cereals, frozen dough products, and USDA regulated meal...   ...see more

**R&D Food Scientist Intern**
HJ Heinz
Jun 2005 - Aug 2005 · 3 mos

Assisted in the bench-top development and processing of savory sauces and gravies through performing small and large-scale plant trials.    ...see more

**Quality Assurance Intern**
Purely Supreme Foods
May 2003 - Jul 2003 · 3 mos

Performed quality testing on varieties of potato products using sensory and physical methods.    ...see more

## Education

**The Ohio State University**
Master's degree, Food Science & Nutrition
2005 - 2008

Activities and societies: Food Science Student Club, Institute of Food Technology Student Association, Folklore Hispano Student Club

Researched the intestinal uptake of the Annatto pigment in a dairy matrix using in vitro digestion and cell uptake models.    ...see more

**University of Idaho**
Bachelor's degree, Food Science and Toxicology
2001 - 2005

Activities and societies: Food Science Student Club, Spanish Conversation Club, Institute of Food Technology

---

### People also viewed

**Scott Magness** · 3rd
Senior Manager, R&D, Food Systems at Ingredion Incorporated
Message

**Amanda Frey** · 3rd
Manager Technical Services at Medifast, Inc
Connect

**Jamie Halgerson** · 3rd
Innovative Food Research Scientist | Product & Technology Development |...
Connect

**Adam Bartling** · 3rd
Project Manager at Beam Suntory
+ Follow

**Tim Chinniah** · 3rd
Senior Manager, Research & Development at Medifast, Inc
Message

Show more ⌄

### People you may know

**Erica Gonzales**
Brock & Gonzales, LLP
Connect

**Geoffrey Kehlmann**
Associate Clinical Professor of Law at LMU Loyola Law School, Los Angeles
Connect

**Patrick Lloyd**
Associate Attorney at Fragomen
Connect

**Sara Montazeri**
J.D. Candidate 2023, Western State College of Law
Connect

**Michelle Meek**
Labor and Employment Attorney at Buchalter
Connect

Show more ⌄

**LEARNING**
Add new skills with these courses

SQL Essential Training
Strategic Thinking
Agile Foundations

See my recommendations

**Promoted**

Custom-Made Packaging!
Unique style, color, size or print requirements? Let's talk. 800-945-3800 ›

Mass Texting for Business
Send mass text messages to staff and customers at scale with TextMagic™. ›

Join An Advisory Board
Companies are looking for executives just like you. ›

10



# Madi Shepherd, MPH, CHES® (She/Her) · 3rd

Nutrition and Program Support Specialist at Medifast, Inc.
Findlay, Ohio, United States · Contact info
171 connections

**Medifast, Inc**
**Utah State University**

## About
Accomplished academic with a passion for helping people live longer, healthier, and happier lives. Madi is currently applying her knowledge of nutrition and exercise in her role as a Nutrition and Program Support Specialist at Medifast, Inc. Madi's colleagues would describe her as motivated, detail-oriented, and dependable. Her greatest strengths are leadership, her ability to learn quickly, and her excellent oral and written communication skills.

## Featured
**Madelyn Shepherd's | Portfolium**
Portfolium
Check out Madelyn Shepherd's work, skills and projects being showcased to employers on Portfolium.

## Activity
172 followers

Madi Shepherd, MPH, CHES® commented on a post · 1w
Yay, glad to be working with you!
39    13 comments

Madi Shepherd, MPH, CHES® commented on a post · 2w
Nice work Nate! They look great!
12    4 comments

Show all activity →

## Experience

**Nutrition and Program Support Specialist**
Medifast, Inc · Full-time
Jun 2022 - Present · 2 mos

-Providing program and product guidance via one-on-one telephone consults, and e-mail responses taking into consideration individual client needs including age, weight, nutrient requirements, knowledge and abilities, medical, economic, and individual preferences.
-Providing individual nutritional, behavioral, exercise, program and/or product support to Coaches and Clients.
-Assists and educates Coaches and Clients on OPTAVIA® programs, plans, Fuelings and meals, as well as other wellness topics such as weight loss, weight maintenance, and exercise and behavior modification.
-Ensures that educational nutrition materials are accurate and evidence-based

**AM LLC**
Full-time · 1 yr 3 mos
Remote

- **COVID-19 Case Investigator**
  Aug 2021 - Apr 2022 · 9 mos
  •Completed up to 10 in-depth interviews per day with COVID-19 positive cases, providing education on isolation, contact tracing, symptom monitoring, vaccines, and community resources    ...see more
  Skills: Data Analysis · Customer Service · Motivational Interviewing · Intercultural Communication · Clinical Documentation

- **COVID-19 Contact Tracer**
  Feb 2021 - Aug 2021 · 7 mos
  •Performed daily quality assurance for a team of 24, ensuring accuracy and completeness of data
  •Developed team protocols and standardized operations via workflow development and live traini  ...see more
  Skills: Quality Assurance · Billable Hours · Workflow Development · Data Analysis · Customer Service

**Wellness Intern**
GBS Benefits, Inc. · Part-time
Jan 2021 - May 2021 · 5 mos
Salt Lake City, Utah, United States

•Developed a comprehensive Worksite Wellness communication toolkit, including strategies for communicating with diverse populations, exhibiting cultural competency, and increasing participa  ...see more
Skills: Worksite Wellness · Employee Wellness Programs · Cultural Competency · Wellness Communications · Health at Every Size

**Utah State University**
4 yrs 9 mos

- **COVID-19 Care Team Assistant**
  Full-time
  Sep 2020 - Apr 2021 · 8 mos
  Logan, Utah, United States
  •Facilitated services for up to 500 students at a time who were in quarantine or isolation due to COVID-19
  •Created Google Site to train new employees and aid in navigation of frequently used resourc  ...see more
  Skills: Employee Training · Google Sites · Prioritize Workload · Customer Service

11

https://www.linkedin.com/in/morgan-ringgold-voluntad-798bba62/     July 25, 2022 at 9:32 AM PDT

## Morgan Ringgold Voluntad · 3rd
Marketing Specialist at Medifast, Inc
Washington DC-Baltimore Area · Contact info
76 connections

**Connect** | Message | More

**Activity**
76 followers
Morgan hasn't posted lately
Morgan's recent posts and comments will be displayed here.

Show all activity →

### Experience

**Marketing Specialist**
Medifast, Inc
Nov 2018 - Present · 3 yrs 9 mos
Baltimore, Maryland Area

• Manage the coordination and execution of communication plans and collateral, including emails, web posts, social media content, and weekly newsletters.
• Create and develop copy to be used across OPTAVIA media, communications, tools and marketing materials, demonstrating a deep understanding of both the unique nature of the OPTAVIA business and the special groups receiving communications Field Leadership, OPTAVIA Coaches, Health Professionals, Clients, and the corporate team.
• Prepare creative and written materials, including marketing and/or promotional copy and design, business communications, recognition reports, website content, images, and Power Point presentations, and distributes appropriately via email, posting to websites and systems.
• Assist in developing promotional, creative, and communication strategies around Events, Marketing initiatives, Training programs, Recognition and Incentives
• Serve as day-to-day editor and proofreader of content for all OPTAVIA communications and marketing materials
• Schedule, track, and update weekly team meetings and project plans on department calendar.
• Participates in local meetings and/or travel to all events, as required, including OPTAVIA Convention.
• Serve as backup for Digital Communications Specialist and Social Media Team Lead.

**Marketing Program Coordinator**
American Society of Clinical Oncology (ASCO)
Jul 2013 - Nov 2018 · 5 yrs 5 mos
Alexandria, VA

• Develop and implement marketing plans and strategies for ASCO Journals
• Brand ambassador during organization-wide and department-wide brand and logo refresh    ...see more

**Research Analyst**
The Hope Foundation
Dec 2012 - Jul 2013 · 8 mos

### Skills
Customer Service
Research
Marketing

Show all 6 skills →

### Interests
**Companies**

GSK — 3,293,204 followers
Profiles — 57,256 followers

Show all 4 companies →

---

**People also viewed**

Kearstin Lewis · 3rd
Executive Assistant to CEO and CFO at Medifast, Inc
Message

Nathalie Antoine · 3rd
Student at American University Kogod School of Business
Connect

Kellie Pizzico · 3rd
Medifast Inc. Corporate Vice President of External Affairs
Connect

Patti Trautwein · 3rd
Director of Investor Relations at Ciena
Message

Lauren Hagerich · 2nd
Senior Business Development Manager, Energy, Infrastructure & Resources, at K&...
Connect

Show more ⌄

**People you may know**

Erica Gonzales
Brock & Gonzales, LLP
Connect

Geoffrey Kehlmann
Associate Clinical Professor of Law at LMU Loyola Law School, Los Angeles
Connect

Patrick Lloyd
Associate Attorney at Fragomen
Connect

Sara Montazeri
J.D. Candidate 2023, Western State College of Law
Connect

Michelle Meek
Labor and Employment Attorney at Buchalter
Connect

Show more ⌄

**LEARNING**
Add new skills with these courses
- Strategic Thinking
- Project Management Simplified
- SQL Essential Training

See my recommendations

12

https://www.linkedin.com/in/morselazimi/    July 25, 2022 at 9:32 AM PDT

## Morsel Azimi · 3rd
Nutrition & Program Support Specialist at Medifast, Inc
Washington DC-Baltimore Area · Contact info
220 connections

[Message] [More]

### About
As a nutrition, foods, and exercise enthusiast, I aim to make a difference in the health and wellness of others through health counseling, promotion, education, and a passion for nutrition!

### Activity
220 followers

Morsel hasn't posted lately
Morsel's recent posts and comments will be displayed here.

Show all activity →

### Experience

**Nutrition & Program Support Specialist**
Medifast, Inc · Full-time
Jun 2021 – Present · 1 yr 2 mos
Baltimore, Maryland, United States

- Provide program and product guidance via one-on-one telephone consults, and e-mail responses taking into consideration individual client needs including age, weight, nutrient requirements, knowledge and abilities, medical, economic, and individual preferences
- Provide individual nutritional, behavioral, exercise, program and/or product support to coaches and clients for the best weight loss, weight maintenance, or behavioral modification outcome
- Work in conjunction with Registered Dietitian Nutritionist, to help to ensure that nutritionally accurate, exercise appropriate, health-promoting information is provided to Medifast/OPTAVIA® coaches and clients
- Provide support for regional events, conventions, conferences, etc.

**Regional Health & Fitness Specialist**
Aquila | On-Site Health & Fitness Management · Full-time
Feb 2020 – Jun 2021 · 1 yr 5 mos

- Maintain federal and corporate fitness centers in surrounding DMV area
- Perform exercise assessments and prescribe exercise upon ACSM guidelines  …see more

**Teacher**
BeanTree Learning · Full-time
May 2016 – Feb 2020 · 3 yrs 10 mos
Chantilly, Virginia

- Created lesson plans to aid in the growth and education of the students
- Completed assessments based on the behavioral and cognitive growth of t  …see more

**Health & Nutrition Intern**
The Medsquare · Part-time
Apr 2019 – Aug 2019 · 5 mos
Manassas, Virginia

- Aided in nutrition counseling,
- Created educational handouts for patients based on recent scient  …see more

**Data Reductionist**
Virginia Tech Transportation Insitute · Part-time
Oct 2018 – May 2019 · 8 mos
Blacksburg, VA

- Analyzed and interpreted given data, then reduced it based on the project goals
- Simplified data for safer roads and transportation innovations

### Education

**Virginia Tech**
Bachelor's degree, Human Nutrition, Foods, and Exercise
2015 - 2019

### Licenses & certifications

**Certified Personal Trainer**
American College of Sports Medicine
Issued Jul 2020 · Expires Jul 2023

**CPR/AED/First Aid**
National Safety Council
Issued Mar 2020 · Expired Mar 2022

### Volunteering

**Sports Nutrition Aide**
Virginia Tech
Aug 2019 – Dec 2019 · 5 mos
Health

- Worked under the supervision of Registered Dietitians to provide fuel for athletes before, during, and after training and conditioning sessions  …see more

13

https://www.linkedin.com/in/naia-cugle-b237a1aa/ — July 25, 2022 at 9:30 AM PDT



**Naia Cugle** · 3rd
Marketing Coordinator at Medifast, Inc
Nottingham, Maryland, United States · Contact info
439 connections

[Message] [More]

Medifast, Inc
University of Maryland Baltimore County

## About

I hold dual Bachelors degrees in Graphic Design and Mass Communication, with a strong focus in Advertising. Although currently undertaking a more analytical & metric-based focus, I love all things design, marketing, and branding! Finding a way to fuse creativity and business is my singular goal.

...see more

## Activity
437 followers

Naia hasn't posted lately
Naia's recent posts and comments will be displayed here.

Show all activity →

## Experience


**Marketing Coordinator**
Medifast, Inc · Full-time
Mar 2021 - Present · 1 yr 5 mos

Data collection & Analytics: Smartsheet / Qualtrics / Exact Target / Alchmer / Brightcove / Knowledge Owl / Asana • Product management of process flows for all OPTAVIA owned marketing • Monthly metric reports • Sales Analysis • Communication Platform analysis • Creation, collection, and analysis of surveys and forms • Vendor Communication, Purchasing, and Management • Consumer insights • Event planning & strategy • Creative and written contributions • Internal house orders for cross-functional teams • Upkeep of internal marketing library


**Marketing Assistant**
American Energy Services · Internship
Sep 2019 - Dec 2019 · 4 mos

Content Creation software • Proposals • Google Analytics • Wordpress Analytics • Search Engine Optimization • Salesforce • Wordpress • Marketing collateral creation • Writing Press Releases • Creating Web c... ...see more


**Design & Marketing Contractor**
Douron · Contract
Mar 2018 - Sep 2018 · 7 mos
Owings Mills, MD

Constant Contact Profile • Email Content Creation • Digital Media Creation • Data Input • Internal Support • Order Processing • Excel and Data Collection and Analysis • Event Planning and Promotion • Redesign


**Graphic Designer**
Baltimore Humane Society · Contract
Mar 2017 - Jan 2018 · 11 mos
Reisterstown, MD

Print materials/ Publishing • Content Creation • PR and Social • Event Planning • Event Design Materials • Advertising Collateral • Graphics, Icons & Illustration work


**Social Media Coordinator**
Swagdog · Internship
May 2016 - Dec 2016 · 8 mos
6600 Moravia Park Dr

Marketing Strategy • Rebranding • PR and Social • Web Page Design • Constant Contact • Advertisement Creation • Screen Printing

## Education


**University of Maryland Baltimore County**
Graphic Design and Marketing
2014
Grade: Magna Cum Laude
Activities and societies: President's List
Dean's List


**Towson University**
Bachelor's degree, Public Relations, Advertising, and Applied Communication
2018 - 2019
Activities and societies: Magnum Cum Laude


**Eastern Technical High School**
High School, Interactive Media Design
2011 - 2014
Activities and societies: English Honor Society, Honor Roll, Volleyball, Chess Club, Automotive Advertisement, Multiple AP Courses

## Licenses & certifications

**Glyphs Essential Training**
Lynda.com
Issued Feb 2017 · No Expiration Date
Credential ID 5505B0E0204F481CB771D1C6704BE4F6

## Skills



Promoted

Only $8 per month — Limited Time Offer (WSJ) ›
Ready to join a board? Companies are looking for experts just like you. ›
Get the 30-day free trial. You've got nothing to lose and everything to gain for your business. ›

**People also viewed**

Heather Raught · 2nd — Technical Support Specialist at Hologic  [Connect]
Mike Owen · 2nd — Pre-Approval Manager with Epic Mortgage Team at Fairway Independent Mortgage... [Connect]
Peter Maleki · 3rd — Applied Research Laboratory for Intelligence and Security  [Message]
Gurparmvir Singh · 3rd — FRONT-END WEB DEVELOPER | AWS CLOUD SERVERLESS ENGINEER  [Message]
Craig Medley · 3rd — Accounting professional  [Message]

Show more ⌄

**People you may know**

Erica Gonzales — Brock & Gonzales, LLP  [Connect]
Geoffrey Kehlmann — Associate Clinical Professor of Law at LMU Loyola Law School, Los Angeles  [Connect]
Patrick Lloyd — Associate Attorney at Fragomen  [Connect]
Sara Montazeri — J.D. Candidate 2023, Western State College of Law  [Connect]
Michelle Meek — Labor and Employment Attorney at Buchalter  [Connect]

Show more ⌄

**LEARNING**
Add new skills with these courses

 Scrum: Advanced
 Project Management Simplified
 Excel Essential Training (Office 365/Microsoft 365)

See my recommendations

14









15

https://www.linkedin.com/in/tonytyree/     July 25, 2022 at 9:30 AM PDT

LinkedIn | Search | Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ | Post a job



**Anthony Tyree** · 3rd
Chief Operating Officer at Medifast, Inc
United States · Contact info
500+ connections

[ Message ] [ More ]

 Medifast, Inc
 University of Maryland - Robert H. Smith School of Business

**Ad** ···
Post a job for free with LinkedIn Jobs.
Jonas, find the people you want to interview
[ Post a free job ]

### About
Visionary, results-oriented leader accomplished in building brands, developing people, driving innovation while delivering volume and profit objectives across highly competitive retail categories for premier consumer goods companies (domestically and internationally).
...see more

### Activity
984 followers

Anthony Tyree posted this • 2mo

I'm happy to share that I'm starting a new position as Chief Operating Officer at Medifast, Inc !

👍❤️🎉 344    106 comments

Show all activity →

### Experience

**Medifast, Inc**
4 yrs 7 mos

- **Chief Operating Officer**
  Full-time
  May 2022 - Present · 3 mos
  Baltimore, Maryland, United States

  Responsible for Business Operations of $1.5 Billion Health & Wellness company. Accountable for end to end business system from concept to development to production fulfillment to end user. The operations group is focused on providing Coaches and Clients with high quality, scientifically proven products and programs that enable the adoption of healthy lifestyle filled with healthy habits in pursuit of lifelong transformation while striking an optimal balance for the company and its investors. Functional responsibilities include Supply Chain, Strategic Program Mgmt, R&D, Scientific & Clinical Affairs, Enterprise & Digital Marketing and Corporate Responsibility.

- **Chief Marketing Officer**
  2018 - Present · 4 yrs 7 mos
  Baltimore, Maryland Area

  Responsible for formulating and leading growth strategies for one of the fastest growing health & wellness brands - OPTAvia. CMO's charter encompasses all marketing efforts including new product strategy and development, internal and external communications, branding, digital marketing and e-commerce. Key driver of the expansion of the OPTAvia brand proposition globally as company expands outside of US to Asia Pacific. CMO leads broad, high performance team that includes Marketing, R&D, Digital/E-commerce, Scientific & Clinical Affairs and Strategy & Bus Dev.

**Vice President Global Snacks**
The Hershey Company
2014 - 2018 · 4 yrs
Hershey, Pennsylvania

VICE PRESIDENT GLOBAL SNACKS
Formulated vision, mission and strategic pillars to diversify Hershey's product portfolio to deliver i ...see more

**GM - Cheese and Spreads**
Fonterra
Jan 2010 - Jul 2014 · 4 yrs 7 mos
Melbourne, Australia

Led business management, strategic planning and implementation for Fonterra's cheese portfolio initially with increased responsibilities of managing the chilled spreads portfolio and marketing services. Turno ...see more

**Kraft Foods**
7 yrs

- **Vice President of Salted Snacks**
  Jan 2007 - Dec 2009 · 3 yrs

  P&L responsibility for the $1B U.S. Salted Snacks Division, representing a powerhouse brand portfolio: Planters, South Beach Living, Back to Nature and Corn Nuts. Charged with developing and executi ...see more

- **Vice President of Cookies**
  Mar 2005 - Dec 2006 · 1 yr 10 mos

  Appointed to P&L management and marketing responsibility for the $2B Cookies business, a portfolio that included Oreo, Chips Ahoy!, Fig Newtons, Nilla Wafers, 100 Calorie Pack, and other prestigious bra ...see more

- **Vice President of Snacks in Asia Pacific**
  Jan 2003 - Mar 2005 · 2 yrs 3 mos

  Framed and implemented pan-regional category development strategy to grow the $250 MM Biscuit and Confectionery portfolio (Oreo, Ritz, Chips Ahoy!, Toblerone, Sugus, etc.) across the Asia-Pacific reg ...see more

**Sr Category Business Director**
Mondelez -Nabisco Biscuit Company
Jan 2001 - Jan 2003 · 2 yrs 1 mo
East Hanover, New Jersey

Strategic architect behind development and implementation of overall category strategy, financial and business plans aimed at consistently growing the $650 MM Ritz Cracker franchise (Ritz, Mini Ritz, F ...see more

Show all 11 experiences →

---

**People also viewed**

 **Dan Chard** · 3rd
Chairman and CEO at Medifast, Inc
[ + Follow ]

 **James Maloney, MBA, CPA** · 3rd
Chief Financial Officer at Medifast Inc.
[ Message ]

 **Christopher Cox** · 3rd ⓘ
Digital Marketing, Social Media, User Experience & eComm Executive; Brand...
[ Message ]

 **Michael Colvin** · 3rd
Vice President CCX-U.S.A. OPTAVIA at Medifast, Inc
[ Message ]

 **Sherron Grady** · 3rd
Director Of Business Operations at Berman McAleer, LLC
[ Message ]

Show more ⌄

---

**People you may know**

 **Erica Gonzales**
Brock & Gonzales, LLP
[ Connect ]

 **Geoffrey Kehlmann**
Associate Clinical Professor of Law at LMU Loyola Law School, Los Angeles
[ Connect ]

 **Patrick Lloyd**
Associate Attorney at Fragomen
[ Connect ]

 **Sara Montazeri**
J.D. Candidate 2023, Western State College of Law
[ Connect ]

 **Michelle Meek**
Labor and Employment Attorney at Buchalter
[ Connect ]

Show more ⌄

---

**LEARNING**
Add new skills with these courses

 Project Management Simplified

 SQL Essential Training

 Scrum: Advanced

See my recommendations

---

**Promoted** ···

 **Call Scoring & Coaching**
Call scoring for contractors so you know why your calls are converting. ›

**Attorney Needed ASAP**
Crucial need for a local attorney in your area. View new cases now! ›

**Custom-Made Packaging!**
Unique style, color, size or print requirements? Let's talk. 800-945-3800 ›



# Westley Wilson · 3rd
Sr. Recognition Specialist at Medifast, Inc
Baltimore, Maryland, United States · Contact info
304 connections

Medifast, Inc
Towson University

## About
Experienced Specialist with a demonstrated history of working in the health wellness and fitness industry. Strong professional skilled in Microsoft Word & Excel, Team Building, Public Speaking, and Warehouse Operations.

## Activity
302 followers

Westley Wilson commented on a post • 1mo
Congratulations 🎉 Summer, another Towson tiger 🐯 □
84    29 comments

Westley Wilson commented on a post • 1mo
Congratulations 🎉🎊
35    2 comments

Show all activity →

## Experience

**Medifast, Inc**
6 yrs 2 mos

- **Sr. Recognition Specialist**
  Full-time
  Feb 2021 - Present · 1 yr 6 mos
  Baltimore, Maryland, United States

- **Recognition Specialist**
  Oct 2018 - Feb 2021 · 2 yrs 5 mos
  Baltimore, Maryland Area

  OPTAVIA is a community of like-minded, like-hearted people who help steer others to success along their journeys to Optimal Health℠ & Wellbeing. The Recognition Specialist will support corporate recognition of OPTAVIA Coaches through the implementation of recognition and appreciation programs. These programs are designed to acknowledge a Coach's accomplishments along the Optimal Wellbeing Path, and promote a sense of appreciation and partnership between the company and field of Coaches dedicated to helping their Coaches and Clients live their best lives possible.

- **Field First Specialist**
  May 2018 - Oct 2018 · 6 mos
  Baltimore, Maryland Area

  Field First Specialist (FFS) are frontline service professionals that field incoming communications via phone, email & social media from OPTAVIA Coaches. FFSs support our OPTAVIA Coaches by providing program and product information, resolving issues, managing OPTAVIA Coach business calls, and providing educational and informational data to drive new and continued business.

Show all 4 experiences →

**Warehouse Specialist**
Best Buy · Full-time
Sep 2014 - Jun 2016 · 1 yr 10 mos

Counting Inventory
Receiving In  ...see more

## Education

**Towson University**
Bachelor of Science - BS, Communication and Media Studies
2015 - 2018

**Community College of Baltimore County**
Associate's Degree, Mass Communication/Media Studies
2011 - 2015

Activities and societies: Multicultural Club, Black Student Union, Anime Club, International Club, Health and Fitness Club

Graduated with a Associates of Arts Degree in CCBC's Mass Communication program. Worked as a First year Experience Mentor for New Students. Worked in the Student Life office as a work study.

## Licenses & certifications

**Peer Educator**
The BACCHUS Initiatives of NASPA
Issued Jun 2012 · No Expiration Date

## Skills

**Customer Service**
Endorsed by Jesse Barney who is highly skilled at this
12 endorsements

**Microsoft Office**

17