# EXHIBIT B

-----Original Message-----
From: OPTAVIA <noreply@optavia.com>
To: Jamie Zeller
Sent: Sat, Jul 3, 2021 1:40 pm
Subject: Order confirmation: US113512101



Hi Jamie,

Thanks for your **OPTA**VIA® order US113512101. It's great to see you're making another healthy decision on the way to a healthier you, living your best life.

**OPTA**VIA's accelerated growth and increased product demands, as well as challenges in supply chains worldwide, have led to extremely high order volumes, longer processing times at distribution centers, and delivery delays. Your independent **OPTA**VIA Coach and **OPTA**VIA Support Teams cannot expedite order processing or delivery when calling.

Once we've shipped your order we'll send an email with tracking details. Transit times may vary depending on your location.

For additional information on order tracking, and more, please refer to this HELP ARTICLE.

We are working around the clock to fill your order. We apologize for the delay and appreciate your patience and understanding.

Don't forget, if you're an **OPTA**VIA Premier member, your order qualifies for Rewards and even free shipping on qualifying orders. See below details.

Your **OPTA**VIA Team

For information about returns, please click here.

| |
|---|
| **Don't miss out - thousands of people like you are already benefiting from OPTAVIA Premier membership.** |
| **OPTA**VIA Premier offers free shipping on all orders over $250 and Rewards of $5 shipping on all order between $150 - $249.99.<br>Interested? Talk to Susan, your **OPTA**VIA Coach, for more information.<br>To receive all the benefits of **OPTA**VIA Premier place an order every 60 days. If you haven't placed an order in the past 60 days, your next **OPTA**VIA Premier order of $150 or more will earn Rewards, but wont qualify for the free or flat rate of shipping discount. For more information please visit: **OPTA**VIA Premier Terms and Conditions |

| Your independent OPTAVIA Coach is: Susan / McCormick | |
|---|---|
| EMAIL: | [redacted] |
| PHONE: | [redacted] |
| WEBSITE: | https://coach.optavia.com/120001879027 |

**Here are the details of your latest order: US113512101**

| Item | Type | Quantity | Price/Unit | Your Total Price |
|---|---|---|---|---|
| Select Buttermilk Cheddar Herb Biscuit with Rosemary and Thyme (Box) | BOX | 1 | $23.45 | $23.45 |
| Essential Jalapeno Cheddar Poppers - Naturally Flavored (Box) | BOX | 1 | $21.45 | $21.45 |
| Essential Smoky BBQ Crunchers - Naturally Flavored (Box) | BOX | 1 | $21.45 | $21.45 |
| Essential Zesty Cheddar & Italian Herb Crunchers - Naturally Flavored (Box) | BOX | 1 | $21.45 | $21.45 |
| Essential Honey Mustard & Onion Sticks - Naturally Flavored (Box) | BOX | 1 | $21.45 | $21.45 |

| | | | | |
|---|---|---|---|---|
| Habits of Health Transformational System | KIT | 1 | $49.95 | $49.95 |
| Dr. A's Habits of Health Second Edition | EACH | 1 | | |
| Your LifeBook | EACH | 1 | | |
| Essential Optimal Kit (5&1 Plan®) | KIT | 1 | $364.65 | $364.65 |
| Essential Drizzled Berry Crisp Bar (Box) | BOX | 1 | | |
| Essential Cheesy Buttermilk Cheddar Mac - Naturally Flavored (Box) | BOX | 1 | | |
| Essential Caramel Delight Crisp Bar (Box) | BOX | 1 | | |
| Essential Zesty Cheddar & Italian Herb Crunchers - Naturally Flavored (Box) | BOX | 1 | | |
| Essential Drizzled Chocolate Fudge Crisp Bar (Box) | BOX | 1 | | |
| Essential Chocolate Mint Cookie Crisp Bar (Box) | BOX | 1 | | |
| Essential Creamy Chocolate Shake (Box) | BOX | 1 | | |
| Essential Frosted Cookie Dough Bar (Box) | BOX | 1 | | |
| Essential Cranberry Honey Nut Granola Bar (Box) | BOX | 1 | | |
| Essential Decadent Chocolate Brownie with Greek Yogurt Chips - Naturally Flavored (Box) | BOX | 1 | | |
| Essential Old Fashioned Maple & Brown Sugar Oatmeal (Box) | BOX | 1 | | |
| Essential Silky Peanut Butter & Chocolate Chip Bar (Box) | BOX | 1 | | |
| Essential Creamy Double Peanut Crisp Bar (Box) | BOX | 1 | | |
| Essential Wild Strawberry Shake (Box) | BOX | 1 | | |

| | | | | | |
|---|---|---|---|---|---|
| Essential Rustic Tomato Herb Penne - Naturally Flavored (Box) | BOX | 1 | | | |
| Essential Creamy Vanilla Shake (Box) | BOX | 1 | | | |
| Essential Hearty Red Bean & Vegetable Chili - Naturally Flavored (Box) | BOX | 1 | | | |
| OPTAVIA BlenderBottle® Classic | EACH | 1 | $0.00 | $0.00 | |
| OPTAVIA Guide Top Tips Insert | EACH | 1 | $0.00 | $0.00 | |
| Journey Kickoff Card Insert | EACH | 1 | $0.00 | $0.00 | |
| OPTAVIA Guide | EACH | 1 | $0.00 | $0.00 | |

**Order Value**

| | |
|---|---|
| Ready-To-Drink Surcharge: | $0.00 |
| Order Shipping Price: | $0.00 |
| Order Shipping Discount: | -$42.46 |
| Discounts: | -$117.25 |
| Total Coupon or OPTAVIA Premier Rewards Applied: | $0.00 |
| Wellness Credits Applied: | $0.0 |
| Sales Tax: | $3.00 |
| Order Total: | $409.60 |

**Order Credit Summary**

| | |
|---|---|
| Payment: | *********** |

If there's anything else we can help you with, please get in touch.

4



**Call:** 888.OPTAVIA (888.678.2842)
**Hours:** Monday–Friday: 8:00 AM–11:00 PM ET
Saturday & Sunday: 9:00 AM–6:00 PM ET

© 2021 OPTAVIA LLC. All Rights Reserved.