Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Stephen Andrews (Cal. Bar No. 354327)
stephen@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

[additional counsel in signature block]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE ZELLER and ANGELICA ALPERT, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>OPTAVIA LLC,<br><br>*Defendant*. | Case No. 3:22-cv-00434 (BTM) (MSB)<br><br>**UNOPPOSED NOTICE OF MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Dana M. Sabraw |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 13, 2024 at 1:00 pm in Courtroom 13A of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, CA 92101, Plaintiff Angelica Alpert moves this Court for entry of an order:

1. Granting preliminary approval of the proposed class action settlement set forth in the Settlement Agreement, attached as Exhibit 1;[1]

2. Preliminarily certifying, for settlement purposes only, a Settlement Class in this matter comprised of: California customers enrolled in Optavia Premier from October 1, 2017 to March 17, 2022 and who had one automatic shipment and then cancelled;

3. Preliminarily appointing Plaintiff Angelica Alpert as Class Representative;

4. Preliminarily appointing Dovel & Luner LLP and Golomb Legal P.C as Class Counsel;

5. Preliminarily finding that the terms of the Settlement are fair, reasonable and adequate, and comply with Rule 23(e) of the Federal Rules of Civil Procedure;

6. Approving the proposed Notice Plan; and

7. Entering the Settlement Timeline and scheduling a Final Fairness Hearing.

This Motion is based on the attached Memorandum of Law; the Declarations of Jonas Jacobson, Kevin Fay, and Angelica Alpert, attached supporting exhibits, all other pleadings and papers filed in this action, and any argument or evidence that may be presented at the hearing in this matter. This Motion is unopposed by Defendant Optavia.

Dated: September 24, 2024

Respectfully submitted,

By: _/s/ Jonas B. Jacobson_

Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Stephen Andrews (Cal. Bar No. 354327)

---

[1] Unless otherwise noted, defined terms have the meaning from the Settlement Agreement.

i

Case No. 3:22-CV-00434

steven@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Kevin W. Fay, Esquire**
kfay@golomblegal.com
GOLOMB LEGAL P.C.
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Phone: (215) 985-9177
Fax:    (215) 985-4169

**Admitted Pro Hac Vice

*Counsel for Plaintiffs*