Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon C. Franzini (Cal. Bar No. 287631)
simon@dovel.com
Stephen Andrews (Cal. Bar No. 354327)
stephen@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Counsel for Plaintiffs*
[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMIE ZELLER, and ANGELICA ALPERT<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>OPTAVIA, LLC<br><br>*Defendant*. | Case No. 3:22-cv-00434-DMS-MSB<br><br>**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF ZELLER ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jamie Zeller and Defendant Optavia, LLC by and through their respective counsel, jointly stipulate to dismiss Plaintiff Jamie Zeller with prejudice.  This stipulation is to Plaintiff Zeller only, Plaintiff Alpert is <u>not dismissing her claims</u> at this time.

Dated: October 15, 2024

Respectfully submitted,

By: */s/ Jonas B. Jacobson*

Jonas B. Jacobson (Cal. Bar No. 269912)*
jonas@dovel.com
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Stephen Andrews (Cal. Bar No. 354327)*
stephen@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Admitted to the S.D. Cal. Bar.

Kevin W. Fay, Esquire**
kfay@golomblegal.com
GOLOMB LEGAL P.C.
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Phone: (215) 985-9177
Fax:   (215) 985-4169

**Admitted Pro Hac Vice

*Counsel for Plaintiffs*

By: */s/ Rachel A. Straus*

Rachel A. Straus (SBN 268836)
rstraus@shb.com
Michael L. Mallow (SBN 188745)
mmallow@shb.com
SHOOK, HARDY & BACON LLP
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Tel: (424) 285-8330
Fax: (424) 204-9093

Robert A. Giacovas
rgiacovas@lpgmlaw.com
Lainie E. Cohen
lcohen@lpgmlaw.com
LAZARE POTTER GIACOVAS & MOYLE LLP
747 Third Avenue, 16th Floor
New York, NY 10017
Tel: (212) 758-9300
Fax: (212) 888-0919

*Attorneys for Defendant* Optavia, LLC