1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMIE ZELLER and ANGELICA ALPERT, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>OPTAVIA LLC,<br><br>*Defendant*. | Case No. 3:22-cv-00434 DMS (MSB)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The Court grants Plaintiffs' Unopposed Motion for Class Certification and Preliminary Approval of the classwide settlement in this case. This Preliminary Approval Order incorporates by reference the definitions in the Settlement Agreement. The Court **ORDERS** as follows:

Pursuant to Federal Rule Civil Procedure 23(b)(3), the Court conditionally certifies the Settlement Class for settlement purposes only. The Settlement Class is defined as follows: All California customers enrolled in Optavia Premier from October 1, 2017 to March 17, 2022 and who received one automatic Optavia Premier shipment and then cancelled.

The Settlement Agreement is preliminarily approved as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e).

The Court preliminarily appoints Plaintiff Angelica Alpert as Class Representative
And preliminarily appoints Dovel & Luner LLP and Golomb Legal P.C as Class Counsel.

The Court finds that the Notice Plan—as set forth in the Settlement Agreement—complies with Rule 23(c)(2)(B) and Rule 23(e) and authorizes the parties to implement the notice plan.

The terms of the Settlement Agreement shall govern procedures for the submission of opt-outs, claims, and objections. The Court sets the following timeline for settlement-related events:

/ / /

/ / /

/ / /

| Event | Deadline |
|---|---|
| Optavia provides list of Class Members to the Settlement Administrator | 14 days after Preliminary Approval (December 27, 2024) |
| Notices Posted on Settlement Website | 14 days after Preliminary Approval (December 27, 2024) |
| Notice Deadline | 30 days after Preliminary Approval (January 13, 2025) |
| Objection/Exclusion Deadline | 60 days after Notice Deadline (March 14, 2025) |
| Settlement Administrator Provide List of Objections/Exclusions to the Parties' counsel | 10 days after the Objection/Exclusion Deadline (March 24, 2025) |
| Cash Claim Deadline | 75 days after Notice Deadline (March 29, 2025) |
| Plaintiffs' Motion for Attorneys' Fees and Incentive Awards | 30 days after Notice Deadline (February 12, 2025) |
| Motion for Final Approval | 14 days before the Final Fairness Hearing (May 9, 2025) |
| Final Fairness Hearing | The Court sets the Final Fairness Hearing for: May 23, 2025, at 1:30 p.m. |

Dated:  December 16, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court