UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE ZELLER and ANGELICA ALPERT, individually and on behalf of all others similarly situated,<br><br>                             Plaintiffs,<br><br>v.<br><br>OPTAVIA LLC,<br><br>                             Defendant. | Case No.: 22-cv-434-DMS-MSB<br><br>**ORDER RESCHEDULING HEARING** |

Due to a conflict in the Court's schedule, the hearing on Plaintiff's Motion for Order on Plaintiff's Unopposed Notice of Motion and Motion for Class Certification and Final Approval of Class Action Settlement shall be set for **May 30, 2025** at **1:30 PM** in **Courtroom 13A**.

      **IT IS SO ORDERED.**

Dated: May 19, 2025

                                                */s/ Dana M. Sabraw*

                                                Hon. Dana M. Sabraw<br>
                                                United States District Judge