Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Kevin W. Fay, Esquire*
kfay@golomblegal.com
GOLOMB LEGAL P.C.
One Logan Square
130 N. 18th Street, #1600
Phone: (215) 985-9177
Fax:     (215) 985-4169

* Admitted Pro Hac Vice

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELICA ALPERT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>OPTAVIA LLC,<br><br>*Defendant*. | Case No. 3:22-cv-00434 DMS (MSB)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR FINAL CLASS CERTIFICATION AND APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING FINAL JUDGMENT**<br><br>Hon. Dana M. Sabraw |

1    The Court **GRANTS** Plaintiff's Unopposed Motion for Final Class Certification and Final Approval of the Settlement. This Order incorporates by reference the definitions in the Settlement Agreement. The Court **ORDERS** as follows:

Pursuant to Federal Rule Civil Procedure 23(b)(3), the Court finally certifies the Settlement Class for settlement purposes only. The Settlement Class is defined as follows: All California customers enrolled in Optavia Premier from October 1, 2017 to March 17, 2022 and who received one automatic Optavia Premier shipment and then cancelled.

The Settlement Agreement is finally approved as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e).

The Court finally appoints Plaintiff Angelica Alpert as Class Representative and appoints Dovel & Luner LLP and Golomb Legal P.C. as Class Counsel.

The Court finds that the Notice Plan—as set forth in the Settlement Agreement and executed by the Parties—complied with Rule 23(c)(2)(B) and Rule 23(e).

Upon entry of this Order, the claims asserted in this Action, and the Released Claims of each Settlement Class Member, are fully, finally, and forever released and discharged by Settlement Class Members who did not submit valid requests for exclusion, pursuant to the terms of the Settlement Agreement. Pursuant to the Settlement Agreement, Settlement Class Members are forever barred and enjoined from commencing or prosecuting any action or other proceeding in any court of law or equity, arbitration tribunal, or administrative forum, directly, representatively, or derivatively, asserting any of the Released Claims against the Releasees.

Final Judgment is hereby entered based on the Settlement Agreement. Accordingly, this action is **DISMISSED WITH PREJUDICE**, with all Parties to bear their own costs and fees except as otherwise ordered by the Court.

Notwithstanding the foregoing, and without affecting the finality of this Order in any way, the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

The Clerk is **DIRECTED** to enter this Judgment and close the case.

Dated: May 30, 2025

Hon. Dana M. Sabraw
United States District Judge